# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 2, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

157759

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

RONALD ANDERSON,
       Defendant-Appellant.

SC: 157759
COA: 340760
Wayne CC: 83-008505-FC

_____/

On order of the Court, the application for leave to appeal the March 21, 2018 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 2, 2019



t0325

Clerk